```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KEDRION BIOPHARMA, INC.,                           :
:
                      Plaintiff,        :    1:20-cv-10060-GHW
:
       -against-                                   :    <u>ORDER</u>
:
INTEGRATED COMMERCIALIZATION       :
SERVICES, LLC,                                             :
:
                      Defendant.     :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       The Court may transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The Court may also transfer a case based on the consent of the parties. 28 U.S.C. § 1404(b). Plaintiff, the only party to appear in this case, has consented to transferring this action to the District of New Jersey. Accordingly, the Court orders that this case be transferred to the District of New Jersey.

       Plaintiff is directed to serve a copy of this order on Defendant. The Clerk of Court is directed to transfer this case to the District of New Jersey without delay.

       SO ORDERED.

Dated: December 4, 2020
                                                                   GREGORY H. WOODS
                                                              United States District Judge